JULY 14, 1986

No. 85–2073. NORTHERN PETROCHEMICAL CO. *v.* STUDIEN-GESELLSCHAFT KOHLE, MBH. C. A. Fed. Cir. Certiorari dis-

missed under this Court's Rule 53. 